UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

CISILIE VAILE PORSBOLL ET AL

        Plaintiff(s),

VS.                                      2:02-CV-706-RLH-RJJ

ROBERT SCOTLUND VAILE, ET AL

        Defendant(s),

**ORDER FOR DESTRUCTION OF EXHIBITS**

      The Clerk's Office having given notice to counsel as prescribed by LR 79-1 and LCR 55-1 of the Local Rules of Practice of this Court, and Plaintiff having failed to make arrangements to retrieve the exhibits in the allotted time, **IT IS HEREBY ORDERED** that the Clerk is authorized to destroy the exhibits previously admitted in this matter.

Dated: January 4, 2010

                                                Roger L. Hunt
                                            **U.S. DISTRICT JUDGE**